UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V. | § | CASE NO. 3:07-CR-186-P |
| | § | |
| HERBERT JENA | § | |

**DEFENDANT'S AMENDED EXHIBIT LIST**

TO THE HONORABLE JORGE SOLIS, JUDGE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION:

COMES NOW HERBERT JENA, the Defendant and submits his list of exhibits.

| Exhibit | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Nancy Munoz - Factual Resume | | |
| 2 | Nancy Munoz - 2006 Form 8453 | | |
| 3 | Nancy Munoz - 2006 Tax Return | | |
| 4 | Nancy Munoz - 2006 Tax Return Transcript/Printout | | |
| 5 | Nancy Munoz -2006 Tax Return summary | | |
| 6 | Nancy Munoz - Truth In Lending Disclosures | | |
| 7 | State v Nancy Munoz, F03-34540-UR, court's file | | |
| 8 | Sentencing Table | | |
| 9 | Text of §5K1.1, U.S.S.G. | | |
| 10 | Reserved | | |

| | | | |
|---|---|---|---|
| 11 | Aurora Perez -Plea Agreement | | |
| 12 | Aurora Perez - Factual Resume | | |
| 13 | through 19 reserved | | |
| 20 | Dallas Police Department Report of January 20, 2007 | | |
| 21 | Records of Police Calls for Service, 5625 Alpha Road | | |
| 22 | Dallas Police Department Report of February 26, 2007 | | |
| 23 | Fort Worth Police Department Report of April11, 2007 | | |
| 24 | Herbert Jena Sprint Mobil Phone billing records, 11/21/06 through 2/21/07 | | |
| 25 | Closing Notice from IRS to Herbert Jena for 2006 | | |
| 26 | Ft. Worth Police Report from 4.10.07 | | |
| 27 | through 29 reserved | | |
| 30 | Map of Dallas and Tarrant Counties with locations of Herbert Jena business | | |
| 31 | Mangoma Business Card | | |
| 32 | Fuel Tax Form | | |
| 33 | Federal Express receipts | | |

| | | | |
|---|---|---|---|
| 34 | Repair receipt for Hummer motor vehicle | | |
| 35 | through 39 reserved | | |
| 40 | TaxWise Chart of E-File process | | |
| 41 | Chart of Life Cycle for an E-file | | |
| 42 | ERO Bank Application - Santa Barbara Bank and Trust | | |
| 43 | TaxWise Summary showing return refunds and preparation fees | | |
| 44 | TaxWise Summary showing customers that subscribed to Audit Shield | | |
| 45 | TaxWise Summary showing fees paid to Kudzai Mangoma | | |
| 46 | TaxWise Summary showing fees paid to Takaona Investments | | |
| 47 | through 49 reserved | | |
| 50 | Check to Farai S. Chadenga deposited into Takaona Investments Bank account | | |
| 51 | Check to Noemi Lopez deposited into Takaona Investments bank account | | |

| | | | |
|---|---|---|---|
| 52 | Check to Rayford Isaac deposited into Takaona Investments bank account | | |
| 53 | Check to Alberto Rodriguez deposited into Takaona Investments bank account | | |
| 54 | through 59 reserved | | |
| 60 | Tax Return Summary for Jessica Jackson | | |
| 61 | Tax Return Summary for Benjamin Romero | | |
| 62 | Tax Return Summary for Delma L. Rodriguez | | |
| 63 | Tax Return Summary for Elain Gonzales | | |
| 64 | Tax Return Summary for Felipe D. Rojas and Magali Hernandes | | |
| 65 | Tax Return Summary for Heriberto Pozos | | |
| 66 | Tax Return Summary for Kathy A. DeLeon | | |
| 67 | Tax Return Summary for Geronimo Avelino | | |
| 68 | through 69 reserved | | |

| | | | |
|---|---|---|---|
| 70 | TaxWise Invoice for Takaona Investments Account | | |
| 71 | TaxWise Statement for Account #98246446 | | |
| 72 | TaxWise Customer Service Records on calls from Don Mangoma | | |
| 73 | through 79 reserved | | |
| 80 | Wachovia Bank Records for Kays Wireless Gift Shop Tax Service, Account # 2000030022726 | | |
| 81 | Wachovia Bank Records for Kays Wireless Gift Shop Tax Service, Account # 2000030022739 | | |
| 82 | Bank of America Records for Garcia Tax Services LLC, Account # 488001896259 | | |
| 83 | Bank of America Records for Garcia Tax Services LLC, Account # 488001896262 | | |
| 84 | Bank of America Records for Kudzai Mangoma, Account # 004799116586 | | |
| 85 | Bank of America Records for Takaona Investments LLC, Account # 004796566281 | | |

DEFENDANT' S AMENDED EXHIBIT LIST PAGE - 5

| 86 | ING Bank Records for Takaona Investments LLC, Account # 16000078432 | | | |
|---|---|---|---|---|
| 87 | through 89 reserved | | | |

The Defendant reserves the right to offer into evidence any exhibit or part of an exhibit listed on the government's witness list.

The Defendant reserves the right to supplement this list consistent with his rights to Due Process of Law under the Fifth Amendment and his rights under the Sixth Amendment, including effective assistance of counsel, compulsory process and the right to confront and cross-examine witnesses.

Respectfully Submitted,

/s/ J. Craig Jett
J. CRAIG JETT
State Bar No. 10660750
Founders Square
900 Jackson Street
Suite 330
Dallas, Texas 75202
Phone (214) 871-7676
Fax (214) 871-7677

Attorney for Defendant
Herbert Jena

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Defendant's Exhibit List was served upon Assistant United States Attorney, David Jarvis by electronic filing on March 28, 2010.

/s/ J. Craig Jett
J. CRAIG JETT