AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

3:07-CR-186-P

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE 5-20-10 | PLACE USMS S. JOSE, CA |
| SERVED | DATE 5-20-10 | PLACE 701 1ST AVE. SUNNYVALE, CA |
| SERVED ON (PRINT NAME) STEVEN MURPHY | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES ☐ NO AMOUNT $ |
| SERVED BY (PRINT NAME) K. LEONG | | TITLE DUSM |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  5-20-10
DATE

SIGNATURE OF SERVER

280 S. 1ST ST. #2100
ADDRESS OF SERVER

S. JOSE, CA

ADDITIONAL INFORMATION

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

Northern DISTRICT OF 20 MAY '10 PM 12:32

UNITED STATES OF AMERICA

v.

HERBERT JENA

SUBPOENA IN A
CRIMINAL CASE

Case Number: 3:07-CR-186-P

TO: Custodian of Records
Yahoo
701 1st Avenue
Sunnyvale, CA 94089

X YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| U.S. District Court (Judge Jorge Solis)<br>16th Floor<br>Earl Cabell Federal Building<br>1100 Commerce Street<br>Dallas, Texas 75242 | Judge Solis, 16th Floor |
| | DATE AND TIME |
| | May 24, 2010, 9:00am |

X YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Any and all emails that were sent from or received by the following email account during the time period of April 5, 2007 through April 12, 2007:

bostongyrl73@yahoo.com

The records are to be attached to a business records affidavit in the form prescribed by the Federal Rule of Evidence 902(11).

U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE
CLERK OF COURT
(By) Deputy Clerk _____ May 18th, 2010

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
J. Craig Jett, Founders Square, 900 Jackson Street, Suite 330, Dallas, Texas 75202, 214-871-7676
Please contact if there are questions about the subpoena.